No. 90–1205. UNITED STATES *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 90–6588. AYERS ET AL. *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motion of National Bar Association et al. for leave to file a brief as *amici curiae* granted.

No. 90–1262. ARKANSAS ET AL. *v.* OKLAHOMA ET AL.; and

No. 90–1266. ENVIRONMENTAL PROTECTION AGENCY *v.* OKLAHOMA ET AL. C. A. 10th Cir. [Certiorari granted, 499 U. S. 946.] Motion of the Solicitor General for divided argument granted.

No. 90–1372. MAIN HURDMAN *v.* FINE ET AL. C. A. 5th Cir. Motion of the parties to further defer consideration of petition for writ of certiorari granted.

No. 90–1676. GADE, DIRECTOR, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY *v.* NATIONAL SOLID WASTES MANAGEMENT ASSN. C. A. 7th Cir.; and

No. 90–1712. NORTH CAROLINA *v.* SMITH. Sup. Ct. N. C. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 90–1904. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 90–6105. EVANS *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 500 U. S. 951.] Motion for appointment of counsel granted, and it is ordered that C. Michael Abbott, Esq., of Atlanta, Ga., be appointed to serve as counsel for petitioner in this case.

No. 90–1647. IN RE LOUISIANA EX REL. GUSTE, ATTORNEY GENERAL;

No. 90–7645. IN RE REIDT; and

No. 90–7899. IN RE GAY. Petitions for writs of mandamus denied.